2:26-mj-02869-DUTY

FINDING RE PROBABLE CAUSE



> **FILED**
> CLERK, U.S. DISTRICT COURT
>
> May 12, 2026
>
> CENTRAL DISTRICT OF CALIFORNIA
> BY: _____IV_____ DEPUTY

On  May 12, 2026 , at   6:20    p.m., Agent Brock N. Olson of the Federal Bureau of Investigation appeared before me telephonically regarding the probable cause arrest of defendant JAMES GALLOWAY, occurring on May 11, 2026, at Ventura County, California.

Having reviewed the Criminal Complaint and supporting affidavit filed concurrently herewith, the Court finds that there **exists** probable cause to arrest the defendant for a violation of Title 18, United States Code, Sections 2422(b).

X It is ordered that defendant JAMES GALLOWAY be held to answer for proceedings under Federal Rule of Criminal Procedure 5 / 40 on May 13, 2026.

DATED: May 12, 2026, at 6:20 p.m.

_Patricia Donahue_

_____
HON. PATRICIA DONAHUE
UNITED STATES MAGISTRATE JUDGE